1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187692)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6765
7     FAX: (415) 436-7234
      Email:  laurel.beeler@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No.: CR 3 08 70820 MAG (JL) (~~EFL~~)
                                    )
14       Plaintiff,                 )
                                    )
15       v.                         )   STIPULATION AND ORDER (~~Proposed~~)
                                    )
16 ROGELIO SANCHEZ,                 )
                                    )
17       Defendant.                 )
                                    )
18 _____ )

19      With the agreement of the parties in open court on January 7, 2009, the Court set the case for

20 further status on January 22, 2009, and excluded time from January 7, 2009, to January 22, 2009,

21 under the Speedy Trial Act. Specifically, the Court found and held as follows:

22      1. The defendant is charged in an indictment in the District of Nevada, case number CR 08-

23 0063-BES-VPC, with making a false statement in an application for a passport, aggravated

24 identity theft, and unlawful production of an identification document in violation of 18 U.S.C. §§

25 1542, 1028A, and 1028(a)(1). Since the parties' last appearance, defense counsel has obtained

26 and is in the process of reviewing discovery. The case also is pending transfer to this district

27 under Federal Rule of Criminal Procedure 20. Defense counsel asked for a further continuance

28 until January 22, 2009, to review discovery and to accomplish the Rule 20 transfer.

STIPULATION AND ORDER (CR 3 08 70820 MAG (JL) (EFL))

1  2. The parties agreed, and the Court found and held, that these reasons are grounds for
2  excluding time under the Speedy Trial Act. A failure to grant a continuance would deny defense
3  counsel the reasonable time for effective preparation, taking into account the exercise of due
4  diligence. The parties agreed, and the Court found, that the ends of justice served by the
5  continuance outweigh the best interests of the defendant and the public in a speedy trial. See 18
6  U.S.C. § 3161(h)(8)(A) & (B)(iv). Finally, the period of time relating to the transfer of the case
7  from the District of Nevada to the Northern District of California is a statutory ground for
8  exclusion of time under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(G).
9  3. Accordingly, the Court enters this order documenting its exclusion of time in open court
10  from January 7, 2009, to January 22, 2009.
11  IT IS SO ORDERED.
12  DATED: 1/9/09                    _Elizabeth D. Laporte_
                                      ELIZABETH F. LAPORTE
13                                    United States Magistrate Judge
    STIPULATED:
14
    DATED: January 8, 2009                    /s
15                                    CHRISTOPHER CANNON
                                      Attorney for Rogelio Sanchez
16
17  DATED: January 8, 2009                    /s
                                      LAUREL BEELER
18                                    Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER (CR 3 08 70820 MAG (JL) (EFL))    2