1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187692)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6765
7  FAX: (415) 436-7234
   Email: laurel.beeler@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

JAN 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         )    No.: CR 3 08 70820 MAG (JL) (EDL)
                                       )
14 |     Plaintiff,                    )
                                       )
15 | v.                                )    STIPULATION AND ORDER (~~Proposed~~)
                                       )
16 | ROGELIO SANCHEZ,                  )
                                       )
17 |     Defendant.                    )
                                       )
18 |_____)

19    With the agreement of the parties in open court on January 22, 2009, the Court set the case
20 for further status on January 22, 2009, and excluded time from January 22, 2009, to
21 _February 3_____, 2009, under the Speedy Trial Act. Specifically, the Court
22 found and held as follows:
23    1. The defendant is charged in an indictment in the District of Nevada, case number CR 08-
24 0063-BES-VPC, with making a false statement in an application for a passport, aggravated
25 identity theft, and unlawful production of an identification document in violation of 18 U.S.C. §§
26 1542, 1028A, and 1028(a)(1). Defense counsel has obtained and is in the process of reviewing
27 discovery. The case also is pending transfer to this district under Federal Rule of Criminal
28 Procedure 20. Defense counsel asked for a further continuance until

STIPULATION AND ORDER (CR 3 08 70820 MAG (JL) (EFL))

1  *February 3*, 2009, to review discovery and to accomplish the Rule 20 transfer,
2  which is the time needed to accomplish these matters consistent with defense counsel's other
3  case commitments.
4     2. The parties agreed, and the Court found and held, that these reasons are grounds for
5  excluding time under the Speedy Trial Act. A failure to grant a continuance would deny defense
6  counsel the reasonable time for effective preparation, taking into account the exercise of due
7  diligence and would unreasonably deny the defendant continuity of counsel. The parties agreed,
8  and the Court found, that the ends of justice served by the continuance outweigh the best interests
9  of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
10 Finally, the period of time relating to the transfer of the case from the District of Nevada to the
11 Northern District of California is a statutory ground for exclusion of time under the Speedy Trial
12 Act. See 18 U.S.C. § 3161(h)(1)(G).
13    3. Accordingly, the Court enters this order documenting its exclusion of time in open court
14 from January 22, 2009, to *Feb 2*, 2009.
15    IT IS SO ORDERED.
16 DATED: *Jan 22, 2009*                     _____
                                             ELIZABETH D. LAPORTE
17                                           United States Magistrate Judge
   STIPULATED:
18
   DATED:_____                      _____/s/_____
19                                           CHRISTOPHER CANNON
                                             Attorney for Rogelio Sanchez
20
21 DATED:_____                      _____/s/_____
                                             LAUREL BEELER
22                                           Assistant United States Attorney

STIPULATION AND ORDER (CR 3 08 70820 MAG (JL) (EFL))